**The Merchants and Manufacturers Securities Company, appellant, v. George W. Ford et al., appellees.    Gen. No. 33,732.**

Opinion filed January 6, 1930.

Mort D. & Frank Goldberg, for appellant; Frank Goldberg and Harry G. Hershenson, of counsel.    Geo. W. Wilbur, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

**Chicago Vitreous Enamel Product Company, appellee, v. Germer Stove Company, appellant.    Gen. No. 33,565.**

Opinion filed January 27, 1930.

Culver, Andrews & King, for appellant; Orville R. Seiter, of counsel.    Harris, Reinhardt & Russell and McKay, Resa & Russell, for appellee; Herbert Bebb, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

**Pioneer Realty Company, defendant in error, v. George Staszak, plaintiff in error.    Gen. No. 33,739.**

Opinion filed January 27, 1930.

Leesman, Roemer & Schnell, for plaintiff in error.    Crahen, Sullivan, O'Toole & Sullivan, for defendant in error; John F. O'Toole, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

**Zeenat Bagdadi, administratrix of the estate of Hobour Hussein, deceased, plaintiff in error, v. Chicago Railways Company et al., trading as Chicago Surface Lines, defendants in error.    Gen. No. 33,805.**

Opinion filed January 27, 1930.

John A. Bloomingston, for plaintiff in error.    Brown, Fox & Blumberg, for defendants in error; Frank L. Kriete, John E. Kehoe, Charles LeRoy Brown and Joseph Harrow, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.